**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2023.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-22-00391-CV**
**NO. 14-22-00392-CV**
**NO. 14-22-00393-CV**

## WILLIAM HOLT SMITH, NATALIE ADELLE SMITH-ALBAUGH, AND AMANDA CAROLINE SMITH, Appellants

**V.**

## SANDRA  LYNCH, Appellee

**On Appeal from Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause Nos. 418163-401, 418163-402 and 418163-403**

### MEMORANDUM  OPINION

These appeals were brought from orders granting motions to dismiss signed February 28, 2022, "together with all written orders, oral rulings, and rulings by operation of law, including all pre-trial rulings and orders, and . . . orders or rulings

on all post-verdict and post-judgment motions." On December 14, 2022, the parties filed a joint motion to dismiss these appeals. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeals.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.